UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

HAK CHI SZE,TSANG YING CHAN,

Plaintiffs,

v.

JOSEPH EDLOW, Director, U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General of the United States; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; LARRY C. DeNAYER, Acting Associate Director, Immigration Records and Identity Services Directorate; KATIE GEIER NORIEGA, Associate Director, Management Directorate,

Defendants.

----------------------------------------------------------------x

**STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Civil Action No.
26-cv-3858

(Garaufis, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: New York, New York
November 13, 2026

LAW OFFICES OF JOHN CHANG
*Attorneys for Plaintiffs*
401 Broadway, Suite 905
New York, New York 10013

By: //s// John Chang
John Chang, Esq.
(212) 343-1138
Lawoffice.2001@yahoo.com

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:** 11/13/26

Dated: Brooklyn, New York
November 13, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By: */s/ Kimberly Francis*
Kimberly Francis
Assistant U.S. Attorney
(718) 254-6147
kimberly.francis@usdoj.gov